IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02506-MSK-MJW

CHRISTINA FENNELL,
individually and on behalf of others similarly situated,

Plaintiff(s),

v.

OFFICE DEPOT, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Stay of Proceedings (Docket No. 31) is granted, and this case is stayed up to and including February 5, 2015, including all deadlines such as defendant's time to answer or otherwise respond to the Amended Complaint.  It is further

ORDERED that a Status Conference shall be held on February 6, 2015, at 9:30 a.m. before Magistrate Judge Watanabe in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Date: December 30, 2014